No. 02A856. BARCLAY ET AL. *v.* FRANKLIN COUNTY, OHIO, ET AL. C. A. 6th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 02A952. REPUBLIC OF AUSTRIA ET AL. *v.* ALTMANN. C. A. 9th Cir. Application for stay of mandate, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

No. 02M89. MEDINA *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with a redacted petition for writ of certiorari within 30 days.

No. 02M90. MOSQUERA *v.* UNITED STATES;
No. 02M91. SCHULER *v.* DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY;
No. 02M92. GATZEMEYER *v.* COMMERCIAL STATE BANK ET AL.; and
No. 02M93. DIAZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02–8432. NORTHINGTON *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 919] denied.

No. 02–8562. JARRETT *v.* MANCAN, INC., DBA MANPOWER, INC. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 919] denied.